**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 21, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

AUSTIN P. BOND, as Personal
Representative of the Estate of Terral Ellis,
II, deceased,

     Plaintiff - Appellee,

v.

SHERIFF OF OTTAWA COUNTY, in his
official capacity,

     Defendant - Appellant.

Nos. 24-5035 & 24-5080
(D.C. No. 4:17-CV-00325-CRK-CDL)
(N.D. Okla.)

_____

**JUDGMENT**
_____

Before **HOLMES**, Chief Judge, **McHUGH**, and **ROSSMAN**, Circuit Judges.
_____

This case originated in the District of Northern Oklahoma and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk